McKenzie Cleland et al., trading as Cleland, Lee & Phelps, appellees, v. Robert G. Moore, appellant. Gen. No. 28,418.

Assumpsit for lawyer's fees. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924.

McKinney, Lynde & Grear, for appellant; Joseph M. Larimer, of counsel. No appearance for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

Samuel Quinn, appellee, v. Chicago Mutual Casualty Company et al., appellants. Gen. No. 28,454.

Action for salary on written contract of employment and for attorney's fees. Claim of set-off for money advanced. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed with remittitur. Opinion filed April 30, 1924.

S. J. Konenkamp and J. C. DeWolfe, for appellants. .John A. Russell, for appellee; Robert P. Rollo, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Jeremiah W. McGraw, appellee, v. Emilie Jensen and Adolf W. Jensen, appellants. Gen. No. 28,485.

Bill for release or satisfaction of judgments, surrender of trust deed and note, and for an accounting. Decree granted. Balance of account in favor of complainant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Decree modified and affirmed. Opinion filed April 30, 1924.

Otto G. Ryden and Anderson E. Martin, for appellants. John J. Sonsteby, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Harry W. Standidge, appellant, v. City Hall Square Company, appellee. Gen. No. 29,121.

Bill for injunction to restrain lessor from interfering with lessee's occupancy, and to compel execution and delivery of lease. Preliminary injunction prayed for by defendant to restrain complainant from conducting dances on premises. Preliminary injunction granted to defendant. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed April 30, 1924. Rehearing denied May 14, 1924.

James F. Bishop and A. A. Worsley, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Cedar Park Cemetery Association, appellee, v. Village of Burr Oak, appellant. Gen. No. 29,210.

Bill to restrain interference with maintenance and establishment